# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Bracha Cab Corp                                                      Bankruptcy Case No.: 1−17−46613−nhl

Bracha Cab Corp
Dabri Trans Corp
Dovber Cab Corp
Fit Taxi Corp
Jackhel Cab Corp
Jarub Trans Corp
Lechaim Cab Corp
Merab Cab Corp
NY Canteen Taxi Corp
NY Energy Taxi Corp
NY Genesis Taxi Corp
NY Stance Taxi Corp
NY Tint Taxi Corp
Somyash Taxi Corp
Tamar Cab Corp

                                Plaintiff(s),

−against−                                                                   Adversary Proceeding No. 1−18−01064−nhl

The Estate of Jacob Elberg
JEB Management Corp
SHEFA Funding LLC
Royal One Real Estate LLC
Royal Real Estate Management, LLC

                                Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**

        **United States Bankruptcy Court**
        **271−C Cadman Plaza East, Suite 1595**
        **Brooklyn, NY 11201−1800**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

        **Bruce Weiner**
        **Rosenberg Musso & Weiner LLP**
        **26 Court Street**
        **Suite 2211**
        **Brooklyn, NY 11242**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Location:<br>United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3577 – 3rd Floor, Brooklyn, NY 11201–1800 | Date and Time:<br>July 12, 2018 at 11:30 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.


Dated: May 30, 2018                                    Robert A. Gavin, Jr., Clerk of the Court


**Summons** [Summons and Notice of Pretrial Conf. rev. 05/27/2016]