Lori Lapin Jones, Esq.
Lori Lapin Jones PLLC
98 Cutter Mill Road – Suite 201 North
Great Neck, New York 11021
Telephone: (516) 466-4110

Lori Lapin Jones, Esq., as Mediator

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

Bracha Cab Corp, *et al.*,

      Debtors.

----------------------------------------------------------------X
Bracha Cab Corp, Dabri Trans Corp,
Dovber Cab Corp, Fit Taxi Corp, Jackhel Cab Corp,
Jarub Trans Corp, Lechaim Cab Corp,
Merab Cab Corp, NY Canteen Taxi Corp,
NY Energy Taxi Corp, NY Genesis Taxi Corp,
NY Stance Taxi Corp, NY Tint Taxi Corp,
Somyash Taxi Corp, and Tamar Cab Corp,

      Plaintiffs

    v.

The Estate of Jacob Elberg, JEB Management Corp,
SHEFA Funding LLC, Royal One Real Estate LLC,
and Royal Real Estate Management, LLC,

      Defendants.
----------------------------------------------------------------X

Chapter 11

Case No. 17-46613-nhl
*Jointly Administered*

Adv. Pro. No. 18-01064-nhl

<u>Report of Mediator</u>

1. By Mediation Referral Order dated October 5, 2018 [ECF No. 88] and Stipulation and Mediation Order dated October 21, 2018 [ECF No. 90], disputes in the above captioned Chapter 11 case and above captioned Adversary Proceeding case were referred to mediation and Lori Lapin Jones, Esq. was appointed as Mediator.

2. The Debtors, Capital One Equipment Finance Corp. (a/k/a All Points Capital Corp. d/b/a Capital One Taxi Medallion Finance) ("Capital One"), Ruben Elberg, the decedent's estate of Jacob Elberg (through Tamar Pewzner, its co-executor), and Esma Elberg submitted mediation statements and participated in an all-day mediation session on November 28, 2018.

3. The mediation resulted in a settlement among the parties. The mediation representative for Capital One will expeditiously seek final approval of the settlement, such approval to be recommended by the Capital One mediation representative and Capital One's outside counsel.

4. The parties will now proceed to documentation.  The Mediator will remain available to address matters that may arise during documentation that the parties wish the Mediator to assist in resolving.

Dated: Great Neck, New York
       November 29, 2018

                                      /s/ Lori Lapin Jones, Esq.
                                      Lori Lapin Jones, Esq.

                                      Lori Lapin Jones PLLC
                                      98 Cutter Mill Road - Suite 201 North
                                      Great Neck, New York 11021
                                      Telephone: (516) 466-4110