Case 1-18-01064-nhl   Doc 32   Filed 09/13/19   Entered 10/04/19 17:15:07
Case 1:19-cv-04077-KAM   Document 4   Filed 09/16/19   Page 1 of 1 PageID #: 2984
Case 1:19-cv-04077-KAM   Document 3   Filed 09/12/19   Page 1 of 1 PageID #: 2983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- x
BRACHA CAB CORP. et al,   :
       PLAINTIFFS,
Vs.   :

RUBEN ELBERG,   :  No. 1:19-cv-04077-KAM
       DEFENDANT.
  :

---------------------------------------- x

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 & BANK. R. 8023

    Pursuant to F.R.C.P. 41 and Bank. R. 8023, Defendant[1] Ruben Elberg, by his counsel, hereby give notice that the above captioned appeal is voluntarily dismissed, that all filing fees have been paid by Ruben Elberg, that no counsel have filed notices of appearance in this appeal for any of the Plaintiffs and Ruben Elberg shall bear his own costs in this appeal.

Dated: September 12, 2019

                        ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
                        FORMATO, FERRARA, WOLF & CARONE, LLP.

                        _s/ Brian Thomas McCarthy_
                        Brian Thomas McCarthy, Esq. (BM-4808)
                        3 Dakota Drive – Suite 300
                        Lake Success, New York 11042
                        (516) 328-2300
                        bmccarthy@abramslaw.com
                        *Counsel for Defendant*

                        /s/ USDJ KIYO A. MATSUMOTO
**So Ordered:**_____
                Kiyo A. Matsumoto
                U.S. District Judge   9/13/19

---

[1] The caption for this appeal is incorrect as the Appellant is Ruben Elberg and he is not a Defendant in this action. No Cross-Appeals have been filed in this action.

1